UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALSHON WILLIAMS,<br><br>                    Plaintiff, | 1:25-CV-5163 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is currently held in the West Facility on Rikers Island, brings this action *pro se*. For the following reasons, the Court dismisses this action without prejudice.

Plaintiff has previously submitted to this court a substantially similar complaint commencing another civil action. That action is pending before the undersigned. *See In re: Alshon Williams*, 1:25-CV-5091 (LTS). Because this action raises the same claims as in *Williams*, 1:25-CV-5091 (LTS), no useful purpose would be served by the litigation of this duplicative action. The Court therefore dismisses this action without prejudice to Plaintiff's claims in *Williams*, 1:25-CV-5091 (LTS).

## CONCLUSION

The Court dismisses this action without prejudice as duplicative of *In re: Alshon Williams*, 1:25-CV-5091 (LTS).

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated: August 27, 2025
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2