**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALSHON WILLIAMS,

                Plaintiff,

                                                                25 **CIVIL** 5163 (LTS)

                                                                **CIVIL JUDGMENT**

-----------------------------------------------------------------X

For the reasons stated in the August 27, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    August 28, 2025

           New York, New York

                                                              /s/ Laura Taylor Swain
                                                                 LAURA TAYLOR SWAIN
                                                             Chief United States District Judge